UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AMAYA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>KELLY HARRINGTON, Warden,<br><br>　　　　　　Respondent. | ) Case No. CV 09-2297 CJC(JC)<br>)<br>) (PROPOSED) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: October 4, 2011

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE